**Bankruptcy Reporting Contact**
**DCSS**
Mail Station A-310
P.O. Box 419073
Rancho Cordova, CA 95741

**Bayview Loan Servicing**
5225 Crooks Road
Troy, MI 48098

**Brian D. Fowler**
5011 Tamery Ln
Rockford, IL 61108-8052

**Carol S. Bell**
2597 Meadow View Ln
Rockford, IL 61102-2516

**Charter Communications**
PO Box 60074
City of Industry, CA 91716

**Chris Bishop**
3111 Samoa Pl
Costa Mesa, CA 92626-2357

**County of Winnebago, IL**
404 Elm St
Rockford, IL 61101-1239

**Crystal Little**
22125 Caminito Vino
Laguna Hills, CA 92653-1632

**Dane Klein**
102 Del Cabo
San Clemente, CA 92673-3261

**Douglas James Smith**
26086 Serrano Ct
Lake Forest, CA 92630-6438

**James Daly**
34485 Golden Lantern
Dana Point, CA 92629

**Jennifer Burns**
26086 Serrano Ct
Lake Forest, CA 92630-6438

**John Caple**
Comvest Partners
801 NE 69th St
Boca Raton, FL 33487-2425

**Jonathon Jenkins**
24701 La Plaza Ste 203
Dana Point, CA 92629-2585

**Laura Frentzen**
1066 Calle Del Cerro Unit 1414
San Clemente, CA 92672-6075

**Margaret Koenig**
34485 Golden Lantern St
Dana Point, CA 92629-2906

**Mark Klein**
Innovative Hearth Products
102 Del Cabo
San Clemente, CA 92673-3261

**Marqell Ball**
400 W State St
Rockford, IL 61101-1221

**Mercury Insurance**
555 W Imperial Hwy
Brea, CA 92821-4802

**Michael Richard Montrief Irrev. Trust**
1806 S Ross St
Santa Ana, CA 92707-2227

**Nivinskus Law Group**
134 W Wilshire Ave
Fullerton, CA 92832-1824

**Ronne Johnson**
5000 Birch St Fl 3
Newport Beach, CA 92660-2140

**State Franchise Tax Board**
P.O. Box 2952
FTB Bankruptcy Section MS: A-340
Sacramento, CA 95812

**Tami Michelle Lopez**
1069 Hess Ct
Rockford, IL 61101-6531

**The Lamar Company**
5101 Us Highway 51 S
Janesville, WI 53546-8934

**Vogel Law Firm**
103 S Jackson St
Janesville, WI 53548-3804

**Wolff Law Corporation**
9160 Irvine Center Dr Ste 200
Irvine, CA 92618-4683